VIVIAN J. BUDUSON, as Administratrix of the Estate of LOUIS H. BUDUSON, Deceased, Respondent, v. WILLIAM CURTIS, Defendant, and CITY OF WATERTOWN, Appellant.— Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See 285 App. Div. 517.]

In the Matter of the ONTARIO COUNTY BAR ASSOCIATION.— Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

THIRD DEPARTMENT, JULY, 1955.

(July 7, 1955.)

WESLEY B. CLEARWATER, Appellant, v. MILDRED R. CLEARWATER, Respondent. — Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

HELFER KING INC., Appellant, v. JOHN A. McCORMACK, as Commissioner of Standards and Purchase of the State of New York, et al., Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

CHARLES A. YOUNG, Appellant, v. STATE OF NEW YORK, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.